# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CURTIS R. GOVAN,** | : | No. 1:13-CV-2774 |
| Petitioner, | : | (Judge Brann) |
| v. | : | |
| **SUPERINTENDENT MICHAEL WENEROWICZ,** *et al.*, | : | |
| Respondents. | : | |

## **ORDER**

**AND NOW**, this 24th day of September 2018, in accordance with the Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that Petitioner's Motion for Reconsideration, Doc. 32, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge